### 3971.  WYNNE *v.* CITY OF ATLANTA.

POTTLE, J.   1. Unless there is something in the charter to the contrary, it
is not necessary that a person 'accused of a violation of a municipal
ordinance shall be furnished with a written accusation or statement of
the charge made against him.  It is sufficient if he be informed of the
charge and be given an opportunity to defend. *Pearson* v. *Wimbish,* 124
*Ga.* 710 (52 S. E. 751, 4 Ann. Cas. 501) ; *Venable* v. *Atlanta,* 7 *Ga. App.*
190 (66 S. E. 489).

2. A violation of a municipal ordinance prohibiting the keeping of intoxi-
cating liquors for unlawful sale is shown by proof of possession and
sale of such liquors within the limits of the municipality. *Sawyer* v.
*Blakely,* 2 *Ga. App.* 159 (58 S. E. 399).

3. "All who violate or assist in violating a municipal ordinance, directly
or accessorily, are equally guilty as principals." *Stradley* v. *Atlanta,*
7 *Ga. App.* 441 (67 S. E. 107).

4. No error of law having been committed by the recorder, and there being
sufficient evidence to support the judgment of conviction, the judge of
the superior court did not err in overruling the certiorari.

*Judgment affirmed.*

DECIDED MARCH 19, 1912.

Certiorari; from Fulton superior court—Judge Pendleton. No-
vember 29, 1911.

*John A. Boykin,* for plaintiff in error.

*J. L. Mayson, W. D. Ellis Jr.,* contra.